IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| A.H., | ) |
|     Plaintiff, | ) Cause No.: 4:24-CV-01401-HEA |
| v. | ) |
| MONTGOMERY COUNTY, MISSOURI, et al. | ) |
|     Defendants. | ) |

## SUBSTITUTION OF COUNSEL

COMES NOW, Daniel P. Hunkins of Watters Wolf Bub Hansmann LLC, and enters his appearance on behalf of Defendants Julie Poirier, Jessica Rickard, and Jason Edwards, in the above-captioned matter. Bradley R. Hansmann remains lead counsel for Defendants.

FURTHER, Julia D. McFarland hereby withdraws as counsel of record for Defendants Julie Poirier, Jessica Rickard, and Jason Edwards.

Respectfully submitted,

**WATTERS WOLF BUB HANSMANN, LLC**

/s/ *Daniel P. Hunkins*
Bradley R. Hansmann, #53160
Daniel P. Hunkins, #69147
Julia D. McFarland, #73847
600 Kellwood Pkwy, Suite 120
St. Louis, MO 63017
(636) 798-0570
(636) 798-0693 - Fax
bhansmann@wwbhlaw.com
dhunkins@wwbhlaw.com
jmcfarland@wwbhlaw.com
*Attorneys for Defendants Julie Poirier, Jessica Rickard, and Jason Edwards*

#33281861 v1

# CERTIFICATE OF SERVICE AND
# CERTIFICATE OF COMPLIANCE WITH RULE 55.03(a)

The undersigned certifies that a true and correct copy of the foregoing was served by the Court's electronic filing system on this 22nd day of August, 2025 on counsel of record. In addition, the undersigned counsel certifies under Rule 55.03(a) of the Missouri Rules of Civil Procedure that he has signed the original of this Certificate and the foregoing pleading.

James D. O'Leary
James T. Corrigan
O'Leary, Shelton, Corrigan, Peterson, Dalton & Quillin, LLC
1034 S. Brentwood Blvd.
Penthouse-1A, 23rd Floor
St. Louis, MO 63117
oleary@osclaw.com
corrigan@osclaw.com
*Attorneys for Plaintiff*

Robert T. Plunkert
Sarah M. Boyce
Pitzer Snodgrass, PC
100 S. Fourth Street, Suite 400
St. Louis, MO 63102-1821
plunkert@pspclaw.com
boyce@pspclaw.com
*Attorneys for Defendants Corrections Officer Thomas McKinney, Steven Craven John Helvey, Joshua Christian, and Brent Sheets*

Bryon E. Hale
Joel D. Brett
John R. Hamill, III
Barklage and Brett
211 N. Third Street
St. Charles, MO 63301
bhale@barklage-brett.com
jbrett@barklage-brett.com
jhamill@barklage-brett.com
*Attorneys for Defendants Julie Poirier, Jessica Rickard, and Jason Edwards*

Michelle R. Stewart
Hinkle Law Firm LLC
6800 College Boulevard, Suite 600
Overland Park, KS 66211
mstewart@hinklaw.com
*Attorneys for Defendants Montgomery County, Missouri, Eric Foree, Katie Pape, Jeremy Penning, Mark Storzer, Dan Thorpe, and Nathan Staas*

/s/ *Daniel P. Hunkins*

#33281861 v1